JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL M. SOSA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:22-cv-03621-RGK-AFM<br><br>[PROPOSED] ORDER DISMISSING ACTION [25] |

Plaintiff, ANGEL M. SOSA ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to EXPERIAN INFORMATION SOLUTIONS, INC.

Each party shall bear its own costs and attorney fees.

The Clerk shall close this action.

Dated: 12/20/2022

_____
Judge, U.S. District Court

1